



UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT COURT OF GEORGIA

**WE the PEOPLE**

Dickerson et al.,

*Enfranchised Living Souls,*

Claimant(s),

Case No. 1:24-cv-04457

*REQUEST FOR TRIAL BY GRAND JURY, MULTI- DISTRICT LITIGATION (M.D.L.),*

*AND*

*18 U.S.C. § 1514 (B),*

*FOR*

*VIOLATIONS OF 18 U.S.C. § 1962.*

vs.

Joe Biden et al.,

(An Individual)

## **MOTION to REMOVE PLAINTIFFS for FAILURE to PROSECUTE**

### *(NO. I)*

**COMES NOW**, **WE the PEOPLE** respectfully move this honorable Court to amend the R.I.C.O. Claim by removing the following Plaintiff(s) in the above-captioned case for failure to prosecute. These Plaintiff(s) have not been incorporated in the Amended Claim.

1. The following plaintiff was included in a Motion to Add Parties filed with this honorable court on 12/9/24. Please disregard this request.

*Plaintiff(s)*

A. James- Mertens- 49497 Highway 49, Annapolis MO. 63620, 573-604-3544, jwm1131@gmail.com.

*Defendant(s)*

1. Jefferson County Sheriff's Department (A Municipal Entity)
2. Family Forward (Nonprofit Organization),
3. Mercy South (A Corporation),
4. Olive Street Pharmacy (A Corporation),
5. Holon Inclusive Health System (A Corporation),
6. WebWatcher by Awareness Technologies (A Corporation),
7. WebWatcher (A Corporation),
8. Nicole Mertens Senn (An Individual),
9. Jessica Whelan Giddens (An Individual),
10. Devon Nicole Votaw (An Individual),
11. David Redmond Crosby (An Individual),
12. Brenton Williams (An Individual),
13. Briana Williams (An Individual),
14. Darrell Missey (An Individual),
15. Deputy Trevor Zugmaier (An Individual),
16. Deputy Krystal Rock (An Individual),
17. Deputy Fluck (An Individual),

18. Franco Sicuro (An Individual),

19. Gordon H Robinson (An Individual),

20. Ed Page (An Individual)

2. The following plaintiff was included in a Motion to Add Parties filed with this honorable court on 12/9/24. Please disregard this request.

### FOR THE STATE OF PENNSYLVANIA

*Plaintiff(s)*

A. Mark- William: Lampman- 14 North Main St., Towanda, PA. 18848, APT #4, (570) 637-1008, Markscustom@comcast.net.

*Defendant(s)*

1. Chester County Court (A Municipal Entity)

2. Cheryl McCallen (An Individual)

3. Analisa Sondergaard (An Individual)

4. Tracey L. Christman, Custody Conciliator (An Individual)

5. Nadine Colgan (An Individual)

3. The following plaintiff was included in a Motion to Add Parties filed with this honorable court on 12/9/24. Please disregard this request.

### FOR THE STATE OF OKLAHOMA

*Plaintiff(s)*

B. Adriane- Dawn: Bellard- 201 Reed Ave Apt 25 Norman Oklahoma 73071, ladanianroberts01@gmail.com

*Defendant(s)*

1. Oklahoma Department of Human Services (A Municipal Entity)
2. Ashley Hooper (An Individual) DCF
3. Tim Harvey (An Individual) DCF
4. Debbie Barnheiser (An Individual) DHS
5. Kelly Christine (An Individual) DHS worker
6. Kim A. Hembree (An Individual) DHS
7. Choctaw Nation (A Sovereign Nation) tribal agency- a sovereign nation
8. Lawanna McGee (An Individual) tribal worker
9. Melissa McGee (An Individual) tribal worker
10. Micah Carreon (An Individual) tribal worker
11. El Reno Indian Health Services (A Federal Entity) hospital
12. Teresa Lynch (An Individual) nurse
13. Jeanine Seger (An Individual) patient advocate
14. Oklahoma Commission on Children & Youth (A Municipal Entity) state government office
15. Oklahoma County Bar Association (A Non Profit Organization)
16. Lydia Green (An Individual) judge
17. Ernie Nalagan (An Individual) atty
18. Bureau of Indian Affairs (A Federal Entity)
19. Oklahoma Board of Nursing (A Municipal Entity)
20. Shawnee Detention Center (A Municipal Entity)
21. Meadow Lake Treatment Facility (A Corporation)
22. Shadow Mountain Treatment Facility (A Corporation)

23. Community Works Group Home (A Municipal Entity)

24. John Thomas (An Individual) counselor

25. Hope House (A Non Profit Organization)

26. Cobblestone Counseling Services, LLC (A Corporation)

27. Hand Ray (An Individual) psychologist

## FOR THE STATE OF MISSOURI

*Plaintiff(s)*

C. Whitney- Thompson- 19 MARYMOUNT CT. VALLEY PARK, MO 63088, (636) 655-9230,

redford175@gmail.com

4. The Plaintiff has actively pursued this action until recently. She now seeks to withdraw from this case due to fear of further government retaliation by the 21st Judicial Circuit Court of Saint Louis County. However, We the People request that her Defendants remain parties to this case, as ongoing crimes continue to be committed against her and her offspring. These individuals may still be prosecuted under the Georgia RICO Act, O.C.G.A. § 16-14-4(a)–(c), which holds that if a member of an enterprise engages in a pattern of racketeering activity, all participants within the enterprise may be held liable. The substantial evidence obtained against them supports this claim and can be found in (Folder: GA EXHIBITS), (File: 16. Thompson) of

(i) THE PHANTOM FILES:

https://www.dropbox.com/scl/fo/v119cn772smwja1jvo3pz/AMOnhbEVh3xrh6PQlkRjoeA?rlkey=7vkkpmh1ahiqc1uc82w7cwe9x&st=97505odb&dl=0

*Respectfully Submitted,*

/s/ **_WE the PEOPLE_**

Michelle-Marryann Dickerson, et al.

*Enfranchised Living Souls*

**CERTIFICATE OF SERVICE:** We hereby certify that on the _____ day of February, 2025, a true and exact copy of the foregoing was served to all parties of record. /s/ Alexandra- M: Dean, /s/ Brooke- J: Marr, /s/ Justin- E: Shire, /s/ Ryan- N: Brown, /s/ Ariel- Alton, /s/ Michelle-Marryann: Dickerson, /s/ Kathy- Nixon, /s/ Lauren- Ashley: Peek, /s/Brigette- Villarreal, /s/ Karina- Paredes, /s/Jennifer- Brabson, /s/ Steven- Moose, /s/Tiana: Balchunas, /s/ Jennie- Tolliver, /s/ Latesha- Howard, /s/ Laura- Jean: Domek ©, /s/ Robert- Anthony: Domek©, /s/ Kenton- L: Girard

Richard B. Russell Federal Building: 75 Ted Turner Drive, SW Atlanta, GA 30303-3309